# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STACI GADSBY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-1653-Orl-19KRS**

**TRANSFLORIDA MOBILE DIAGNOSTIC SERVICES, L.C.,  DONALD PYLES,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration after oral argument on Plaintiff's Notice of Settlement, doc. no. 5. This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, the United States Court of Appeals for the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." 679 F.2d 1350, 1353 (11th Cir. 1982).

      On January 12, 2007, I held a hearing to consider the fairness of the settlement. At the hearing, counsel for the plaintiff indicated that the settlement was between Staci Gadbsy, the only plaintiff who joined the suit, and the defendant, not a purported class of plaintiffs. Counsel also stated that there was no written settlement agreement.   Under the terms of the settlement, Gadsby will receive the full amount of past due wages sought. *See* Doc. No. 9 (terms of settlement).

Because the plaintiff will receive all of the past due wages which were claimed to be due and owing, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement and dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 12, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy