**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STACI GADSBY,

        Plaintiff,

vs.                                                    CASE NO. 6:06-CV-1653-ORL-19KRS

TRANSFLORIDA MOBILE DIAGNOSTIC
SERVICES, L.C., DONALD PYLES,

        Defendants.

_____

ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed January 12, 2007).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 11) is **ADOPTED and AFFIRMED.**  The settlement agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close this file.

      **DONE AND ORDERED** at Orlando, Florida, this   12th   day of February, 2007.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record